# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:25-cv-00670-KES                                         Date: July 11, 2025

Title: Yeong Lee v. Twenty Below, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**         **Order to Show Cause**

    Plaintiff Young Lee filed this action on April 3, 2025. (Dkt. 1.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. Although that 90-day deadline expired on July 2, 2025, Plaintiff has not filed proof of service on Defendant DLL Properties, LLC.

    IT IS THEREFORE ORDERED that, **on or before July 18, 2025**, Plaintiff shall show cause why Defendant DLL Properties, LLC should not be dismissed without prejudice for failure to prosecute. Plaintiff may respond to this Order by filing a proof of service or a notice of dismissal of Defendant DLL Properties, LLC.

Initials of Deputy Clerk <u>JD</u>